UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ELISEO VILLALONGO, JR.,

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Hon. Christine P. O'Hearn
Civil Action No. 1:23-CV-01935

**Electronically Filed**

### JUDGMENT ORDER

AND NOW, this  4th  day of  December , 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

*Christine A. O'Hearn*
CHRISTINE P. O'HEARN
United States District Judge